**Form 8**

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Novartis Pharmaceuticals Corporation, Novartis AG, Novartis Pharma AG, Novartis International Pharmaceutical Ltd., LTS Lohmann Therapie-Systeme AG,

*Plaintiffs-Appellants*

*v.*

Par Pharmaceutical, Inc.,

*Defendant-Appellee*

Nos. 2015-1061, 2015-1062

# ENTRY OF APPEARANCE

Please enter my appearance (select one):

    ___Pro Se   X  As counsel for:    Novartis Pharmaceuticals Corporation, Novartis AG, Novartis Pharma AG, Novartis International Pharmaceutical Ltd., LTS Lohmann Therapie-Systeme AG

I am, or the party I represent is (select one):

   ___ Petitioner   ___ Respondent   ___ Amicus curiae   ___ Cross Appellant
   _X_ Appellant   ___ Appellee   ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

   ___ Petitioner or appellant   ___ Respondent or appellee

My address and telephone are:

   Name:   Charlotte Jacobsen
   Law firm:   Fitzpatrick, Cella, Harper & Scinto
   Address:   1290 Avenue of the Americas
   City, State and ZIP:   New York, NY 10104
   Telephone:   (212)-218-2576
   Fax #:   (212)-218-2200
   E-mail address:   cjacobsen@fchs.com

Statement to be completed by counsel only (select one):

   _X_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

   ___ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

   ___ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): July 20, 2011

**Form 8**

**FORM 8. Entry of Appearance**

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

    ___ Yes  _X_ No

    ___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

November 3, 2014                                          /s/ Charlotte Jacobsen
Date                                                                       Signature of pro se or counsel

cc: All counsel of record below

**Form 8**

FORM 8. Entry of Appearance

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Entry of Appearance were caused to be served on November 3, 2014, on counsel of record below by electronic mail as follows:

Daniel G. Brown
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
daniel.brown@lw.com

Jennifer Koh
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400
jennifer.koh@lw.com

Michelle R. Ma
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
michelle.ma@lw.com

Steven J. Fineman
Katharine Crawford Lester
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 658-6541
fineman@rlf.com
lester@rlf.com

Dated:    November 3, 2014

/s/ Charlotte Jacobsen
Charlotte Jacobsen
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100
cjacobsen@fchs.com

*Counsel for Plaintiffs-Appellants*