NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD., AND LTS LOHMANN THERAPIE-SYSTEME AG,**
*Plaintiffs-Appellees,*

v.

**WATSON LABORATORIES, INC., WATSON PHARMA, INC., NKA ACTAVIS PHARMA, INC., AND ACTAVIS, INC., FKA WATSON PHARMACEUTICALS, INC.,**
*Defendants-Appellants.*

---

2014-1799, -1800

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:11-cv-01112-RGA and 1:13-cv-00371-RGA, Judge Richard G. Andrews.

---

**NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD., AND LTS LOHMANN THERAPIE-SYSTEME AG,**
*Plaintiffs-Appellants,*

v.

**PAR PHARMACEUTICAL INC.,**
*Defendant-Cross-Appellant,*

AND

**WATSON LABORATORIES INC., WATSON PHARMA INC., WATSON PHARMACEUTICALS INC., AND ACTAVIS, INC.,**
*Defendants.*

———————

2015-1061, -1062, -1120, -1121

———————

Appeals from the United States District Court for the District of Delaware in Nos. 1:11-cv-01077-RGA and 1:13-cv-01467-RGA, Judge Richard G. Andrews.

———————

**ON MOTION**

———————

Before DYK, *Circuit Judge.*

**O R D E R**

The parties in appeal 2014-1799, -1800 jointly move for extensions of time to the briefing schedule. Par Pharmaceutical, Inc. moves to expedite briefing and oral argument in appeal 2015-1061, -1062, -1120, -1121.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The parties' motion in appeal nos. 2014-1799, -1800 is granted to the limited extent that the appellants' opening brief shall be due no later than November 24,

2014, the appellees' response brief shall be due no later than January 20, 2015, the appellants' reply brief shall be due no later than February 9, 2015, and the joint appendix shall be due no later than February 13, 2015.

(2)  Par Pharmaceutical's motion is granted to the extent that the appellants' opening brief in appeal nos. 2015-1061, -1062, -1120, -1121 shall be due no later than December 24, 2014, the cross-appellant's opening brief shall be due no later than January 14, 2015, the appellants' reply brief shall be due no later than January 28, 2015, and the joint appendix shall be due no later than February 4, 2015.  Par Pharmaceutical indicates it will not file a cross-appellant's reply brief.

(3)  No further extensions shall be anticipated.

(4) These sets of cases are companion cases and will be assigned to same merits panel for oral argument in April 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26